**COPELAND COOK TAYLOR & BUSH**

Roger C. Riddick
rriddick@cctb.com
Direct Line: (601) 427-1204

October 19, 2015

*Via CM-ECF*
Mr. Lyle W. Cayce
Clerk, Fifth Circuit Court of Appeals
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    **RE:** *Jerre Brewer, Administrator of the Estate of Kyle W. Brewer, Deceased vs. U.S. Xpress, Inc. and Liberty Mutual Insurance Co.*
    **No.: 15-60486**

Dear Mr. Cayce:

This will confirm our Level 1 request for a fifteen-day extension from October 21, 2015, through November 5, 2015, for the Appellee, U.S. Xpress Enterprises, Inc., to file its brief. This extension is necessary due to the fact that as lead counsel for U.S. Xpress, I have been out of the office on other matters and this has delayed completion the brief. Further, counsel for co-appellee has been out due to an illness and the additional time will also allow the co-appellees time to review and coordinate the filing of their briefs in order to minimize the duplication of argument and hopefully limit the length of the respective briefs.

This will also confirm that this request is no opposed by counsel for the Appellant, Jerre Brewer.

We appreciate your cooperation and assistance in this matter.

    Sincerely,
    COPELAND, COOK, TAYLOR & BUSH, P.A.

    ROGER C. RIDDICK

RCR/fm
cc: William Jones, Esq. (via CM-ECF and mail)
    Taylor Brinkley, Esq. (via CM-ECF and mail)
    Ford Bailey, Esq. (via CM-ECF and mail)

JACKSON | RIDGELAND
600 Concourse, Suite 100
1076 Highland Colony Parkway
Ridgeland, Mississippi 39157

P.O. Box 6020
Ridgeland, MS 39158

Tel (601) 856-7200
Fax (601) 856-7626

GULF COAST | HATTIESBURG

www.copelandcook.com